UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH ARSENAULT,

            Plaintiff,            08 Civ. 3027 (WHP)

      -against-             SCHEDULING ORDER

COMMISIONER GLENN S. GOORD et al.,,

            Defendants.
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        By Order dated May 12, 2008, this Court scheduled a conference in this action for July 18, 2008 at 10:00 a.m. Plaintiff pro se having failed to appear at the conference, it is hereby ordered that the conference is rescheduled for August 1, 2008 at 11:30 a.m. Plaintiff's failure to appear at the rescheduled conference may subject this action to dismissal.

Dated:    July 28, 2008
            New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Copy mailed to:*

Mr. Joseph Arsenault
2115 Whitesboro Street
Utica, NY 13502
*Plaintiff Pro Se*

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED; DOC #: ___; DATE FILED: 7/29/2008]