UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

JOSEPH ARSENAULT,

                Plaintiff,        08 Civ. 3027 (WHP)

        -against-              SCHEDULING ORDER

COMMISIONER GLENN S. GOORD et al.,,

                Defendants.
---------------------------------X

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/15/2008]

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se having failed to appear at both a July 18, 2008 and August 7, 2008 conference, it is hereby ordered that the conference is rescheduled for September 19, 2008 at 11:15 a.m. Plaintiff's failure to appear at the rescheduled conference may subject this action to dismissal.

Dated:    August 15, 2008
           New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                        U.S.D.J.

*Copy mailed to*:

Mr. Joseph Arsenault
2115 Whitesboro Street
Utica, NY 13502
*Plaintiff Pro Se*